UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-461-T-23EAJ

JOE NATHAN GRAHAM
_____/

**ORDER**

The defendant moves to suppress evidence seized as a result of law enforcement's search of his residence (Doc. 25). The United States filed an opposition to the motion (Doc. 29), and the defendant filed a reply (Doc. 34). Pursuant to an order of referral (Doc. 26), United States Magistrate Judge Jenkins heard counsel's arguments on March 9, 2006, and on March 10, 2006, issued a report recommending denial of the defendant's motion (Doc. 36). The defendant filed objections to the report and recommendation on March 24, 2006 (Doc. 40).

Upon consideration of Magistrate Judge Jenkins' report and this court's independent examination of the file, the defendant's objections (Doc. 40) are **OVERRULED**, the court adopts and confirms the report and recommendation (Doc. 36), and the defendant's motion to suppress (Doc. 25) is **DENIED**.

ORDERED in Tampa, Florida, on April 6, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE