# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NUMBER: 8:05-cr-461-T-23EAJ
USM NUMBER: 48302-018

vs.

JOE NATHAN GRAHAM

Defendant's Attorney: Tracy Dreispul, AFPD

Date of Previous Judgment: August 17, 2006

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

IT IS ORDERED that the motion is:

GRANTED and the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108__ months is reduced to __87__ months.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __30__                Amended Offense Level: __28__
Criminal History Category: __II__             Criminal History Category: __II__
Previous Guideline Range: __108__ to __135__ months   Amended Guideline Range: __87__ to __108__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range application to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated August 17, 2006, shall remain in effect.

IT IS SO ORDERED.

Order Date: __8-21-08__

Effective Date: __—__
(if different from order date)

WILLIAM J. CASTAGNA, SENIOR U.S. DISTRICT JUDGE